**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **REBECCA HUTSON** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:22-cv-00853-SRC |
| | ) |
| **UNUM LIFE INSURANCE COMPANY** | ) |
| **OF AMERICA** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION FOR DISMISSAL**

COME NOW all Parties of record, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that this matter has been resolved and that it should be dismissed with prejudice and in its entirety. Each party to bear its own costs.

**Respectfully submitted,**

**GALLAGHER DAVIS, L.L.P.**

*/s/ Adam J. Olszeski*
Matthew R. Davis, #MO58205
Adam J. Olszeski, #MO66126
2333 S. Hanley Road
St. Louis, Missouri 63144
(314) 725-1780
Fax: (314) 725-0101
matt@gallagherdavis.com
adam@gallagherdavis.com

*Attorneys for Plaintiff*